UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARRIER CORPORATION, WHITE-RODGERS, LENNAR CORPORATION, SOUND HEATING & AIR CONDITIONING, and DOE ONE,<br><br>　　　　　　Defendants. | Case No.  C21-05145-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** |

　　　The Court having received and reviewed the Stipulated Motion to Amend Complaint in this action, along with all pleadings on file herein:

　　　IT IS HEREBY ORDERED that the Stipulated Motion to Amend Complaint is GRANTED.

　　　DATED this 12th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Page 1 – ORDER GRANTING MOTION TO AMEND OF

GROTEFELD HOFFMANN
324 S. Abernethy St.
Portland, OR  97239
Phone: (503) 384-2772
csmith@ghlaw-llp.com
wpickett@ghlaw-llp.com

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 324 SW Abernethy Street, Portland, OR 97239.

On the date stated below, I caused to be served in the manner indicated, **[PROPOSED] ORDER GRANTING MOTION TO AMEND** on the parties involved addressed as follows:

| | |
|---|---|
| W. Ward Morrison<br>James E. Breitenbucher<br>Fox Rothschild LLP<br>1001 Fourth Ave., Suite 4500<br>Seattle, WA 98154<br>wmorrison@foxrothschild.com<br>jbreitenbucher@foxrothschild.com<br><br>*Attorneys for White-Rodgers* | Lela Hollabaugh<br>Shaundra Crumpton Manning<br>Bradley Arant Boult Cummings LLP<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-2754<br>lhollabaugh@bradley.com<br>scrumpton@bradley.com<br><br>*Attorneys for Carrier Corporation* |
| Timothy John Repass<br>Wood Smith Henning & Berman LLP<br>801 Kirkland Ave., Suite 100<br>Kirkland, WA 98033<br>trepass@wshblaw.com<br><br>*Attorneys for Sound Heating & Air Conditioning Inc.* | Eliot M. Harris<br>Sydney Lynn Haller<br>Williams Kastner & Gibbs<br>Two Union Square<br>601 Union St., Ste. 4100<br>Seattle, WA 98101<br>eharris@williamskastner.com<br>shaller@williamskastner.com<br><br>*Attorneys for Carrier Corporation* |

by electronic mail via the ECF system of the United States District Court for the Western District of Washington at Tacoma.

I certify and declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  April 12, 2021

/s/ Robert B. Williams
Robert B. Williams, Paralegal

**PROOF OF SERVICE**

GROTEFELD HOFFMANN
324 S. Abernethy St.
Portland, OR 97239
Phone: (503) 384-2772
csmith@ghlaw-llp.com
wpickett@ghlaw-llp.com